IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JAMES N. STRAWSER | ) | |
| JOHN E. HUMPHREY, | ) | |
| Plaintiffs | ) | |
| | ) | |
| | ) | CIVIL ACTION NO: 1:14-cv-00424-CG-C |
| | ) | |
| | ) | |
| LUTHER STRANGE | ) | |
| Defendant | ) | |

FILED NOV 13 '14 AM 9 55 USDC ALS

## MOTION TO AMEND COMPLAINT AND CHANGE DEFENDANT

The plaintiffs hereby request the court to dismiss the State of Alabama as defendant in this case and substitute as the proper defendant Luther Strange, in his official capacity as the Attorney General of the State of Alabama.

Respectively submitted,

James N. Strawser

and

John E. Humphrey

9231 Amber Court
Mobile, AL 36695