IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

JAMES N. STRAWSER :
JOHN E. HUMPHREY :
Plaintiff :
:
: CIVIL ACTION NO: 1:14-CV-00424-CG-C
vs :
:
:
LUTHER STRANGE
Defendants :

MOTION FOR IMMEDIATE PRELIMINARY
AND PERMANENT INJUNCTIVE RELIEF

Pursuant to Fed. R. Civ. R. Civ.P. 65, Plaintiffs, hereby move for preliminary and permanent injunctive relief and request that the Court order that the County of Mobile and the State of Alabama immediately issue a marriage license to the Plaintiffs and all same sex-couples who desire such. The justification for injunctive relief are detailed in the opinions unequivocally ruled by Federal District Courts and Federal Appeal Courts throughout the United States, and the U.S. Supreme Court Action of which the Court should be aware., Their opinion unequivocally state that States denial of Plaintiff's right to marry (in each individual case heard by the Federal District Courts) violates the Equal Protection guarantee embodied in the Fourteenth Amendment.

In addition, The Plaintiffs state:

1. The defendants claim in a case before the Court, Searcy v. Strange, Civil Action No: 1:14-cv-208-CG-N, that Gay Married Couples have a harmful effect on children  - If that be the

case, then he, as chief law endorsement officer of the State of Alabama, should take immediate action and direct his DRR to remove the 20% of Alabama children who are currently living in homes that have same sex couples and who are raising children at this current time. There has been many studies to show that the Attorney General is wrong on this matter.

    2. Defendants maintain that the case Bowen v Roy, 476 U.S. 693, 699-700 (1986), has bearing on this case. Plaintiffs and no other person of sound mine has any objection for the old saying "render onto Caesar - what is Caesar's." - Let that stand. Marriage does not belong to Caesar - SS Numbers are not found in the Bible and can be controlled by the state. Citizens have the right to reject them if they do not what the Benefits that the State provides through them. Marriage is found in the Bible and has been a function of the Church long before the State of Alabama came on the seen - Let me remind the court that the State of Alabama passed a law which forces its citizens to comply with their religious belief - the Plaintiffs passed no law. The state is limiting our civil rights - we are not imposing our rights on anyone - the State is forcing their belief on us - we have no power to enforce our belief on anyone. We believe that Jesus Christ is Savior of the World, is our belief being forced on the Jewish people - no we have not that power.

    3. Defendant cannot give to this Court any logical reason why they should have any immediate reason to take away our civil rights for the betterment of the state. Our being married has no direct bearing on taking away any right that any other citizen of this state has - our being married harms no one.

    4. Plaintiffs shave already suffered losses, and will suffer immediate and irreparable injury, loss, or damage if they are not given the same martial rights as opposite-sex couples in the State of Alabama.

5. The acts of the defendants in barring Plaintiffs from marrying may result in the infectiveness of any final judgment rendered.

6. Plaintiffs are able to show through Federal Court decisions already rendered substantial likelihood of success on the merits;

7. No prejudice will result to the Defendant in issuing a license to Plaintiffs, however, Plaintiffs suffer extreme prejudice by the State of Alabama's refusal to grant them marriage license.

Plaintiffs state that there is ongoing immediate and irreparable harm caused to them by the State of Alabama knowing violation of their constitutional rights, and that they do not have an adequate remedy at law to address the ongoing harm, nor to obtain a final judgment, unless and until a license is issued and they are permitted to obtain the same recognition as opposite-sex couples in the State of Alabama.

Respectively submitted,

*/s/ James N. Strawser*
James N. Strawser

and

*/s/ John E. Humphrey*
John E. Humphrey
9231 Amber Court
Mobile, Al 36695
251-375-0228 and 251-301-2966(cell)