# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES N. STRAWSER and <br> JOHN E. HUMPHREY, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE OF ALABAMA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 14-0424-CG-C <br> ) <br> ) <br> ) <br> ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 20, 2014, is **ADOPTED** as the opinion of this Court. Plaintiffs' motion to amend complaint (Doc. 12) is **GRANTED** and the granting of this motion **MOOTS** the previously-filed motion to dismiss (Doc. 8).

Accordingly, Luther Strange, in his official capacity as Attorney General of the State of Alabama is substituted in place of the State of Alabama as the party defendant. Therefore, the style of this action from this point forward on all pleadings filed in the future shall read: *James N. Strawser and John E. Humphrey v. Luther Strange, in his official capacity as Attorney General of the State of Alabama.*

Defendant Luther Strange is **ORDERED** to file his answer to the complaint

**no later than December 18, 2014**.

      **DONE and ORDERED** this 11th day of December, 2014.

                                          /s/   Callie V. S. Granade  
                                          UNITED STATES DISTRICT JUDGE