IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES N. STRAWSER and JOHN E. HUMPHREY, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 14-0424-CG-C |
| STATE OF ALABAMA, | ) ) ) | |
| Defendant. | ) | |

## ORDER

This action is before the court on the emergency motion for stay of this court's order of February 12, 2015, granting Plaintiffs' emergency motion for preliminary injunction. (Doc. 71). Plaintiffs are **ORDERED** to file a response to the motion to stay on or before **Friday**, **March 13, 2015**.

**DONE and ORDERED** this 6th day of March, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE