IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES N. STRAWSER and JOHN E. HUMPHREY, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | CIVIL ACTION NO. 14-0424-CG-C |
| LUTHER STRANGE, in his official capacity as Attorney General for the State of Alabama, DON DAVIS, in his official capacity as Probate Judge of Mobile County, Alabama, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

This action is before the court on Plaintiffs' motion for (1) leave to file second amended complaint adding additional parties and plaintiff and defendant classes; (2) certification of plaintiff and defendant classes; and (3) preliminary injunction (Doc. 76), and Defendant Luther Strange's response in opposition to the motion. (Doc. 78). Defendant Don Davis is hereby **ORDERED** to file any response or objections to the motion on or before **Tuesday**, **March 17, 2015**.

**DONE and ORDERED** this 12th day of March, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE