IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES N. STRAWSER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 14-0424-CG-C |
| | ) |
| LUTHER STRANGE, in his official | ) |
| capacity as Attorney General for | ) |
| the State of Alabama, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on Plaintiffs' motion for clarification. (Doc. 144) in which they seek a clarification as to whether the preliminary injunction entered on May 21, 2015, (Doc. 123) is currently in effect and binding upon all probate court judges. In that preliminary injunction order the Court stated "that because the issues raised by this case are subject to an imminent decision by the United States Supreme Court in Obergefell v. Hodges and related cases, the above preliminary injunction is **STAYED** until the Supreme Court issues its ruling." (Doc. 123, p. 14 (footnote omitted)). The United States Supreme Court issued its ruling on June 26, 2015. Obergefell v. Hodges, 576 U.S. \_\_\_\_ (2015). Accordingly, by the language set forth in the order, the preliminary injunction is now in effect and binding on all members of the Defendant Class.

Plaintiffs' motion for clarification is therefore **GRANTED** as set forth above.

**DONE** and **ORDERED** this 1st day of July, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE