IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-10295-CC

_____

CARI D. SEARCY,
individually and as parent and next friend of K.S.,
a minor,
KIMBERLY MCKEAND,

                                                   Plaintiffs - Appellees,

versus

ATTORNEY GENERAL, STATE OF ALABAMA,

                                                   Defendant - Appellant.

_____

No. 15-10313-CC

_____

JAMES N. STRAWSER,
JOHN E. HUMPHREY,

                                                   Plaintiffs - Appellees,

versus

ATTORNEY GENERAL, STATE OF ALABAMA,

                                                   Defendant - Appellant.

_____

Appeal from the United States District Court for the
Southern District of Alabama

_____

BEFORE: MARCUS, MARTIN and JILL PRYOR, Circuit Judges.

BY THE COURT:

I.

In light of the United States Supreme Court's decision in *Obergefell v. Hodges*, 576 U.S. __, 135 S. Ct. 2584 (2015), we hereby SUMMARILY AFFIRM the January 23, 2015, order and final judgment that are the subject of appeal no. 15-12095.

In appeal no. 15-12095, the "Motion to Transfer Consideration of Attorneys' Fees and Costs on Appeal to the District Court" is GRANTED.

II.

In appeal no. 15-10313, we construe Appellant's July 17, 2015, "Response to this Court's Order of February 4, 2015" as a voluntary motion to dismiss appeal no. 15-10313 without prejudice. The construed motion to dismiss the appeal without prejudice is GRANTED.

Any questions of mootness and attorneys' fees should be addressed by the district court in the first instance subject to final judgment appeal.

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Douglas J. Mincher
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 20, 2015

Charles R. Diard Jr.
U.S. District Court
113 SAINT JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 15-10295 & 15-10313 -CC
Case Style: Cari Searcy, et al v. Attorney General, State of Alabama
District Court Docket No: 1:14-cv-00208-CG-N

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

DOUGLAS J. MINCHER, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter