IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES N. STRAWSER, *et al.*, ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| LUTHER STRANGE, in his official ) | Civil Action No. 14-0424-CG-C |
| capacity as Attorney General for the ) | |
| State of Alabama, *et al.*, ) | |
| ) | |
|    Defendants. ) | |
| ) | |

### PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

Yesterday, Alabama Supreme Court Chief Justice Roy Moore issued an Administrative Order asserting that the decision in *Ex parte State ex rel. Alabama Policy Institute*, --- So.3d ----, 2015 WL 892752 (Ala. March 3, 2015), remains in effect despite the United States Supreme Court's decision in *Obergefell v. Hodges*, 135 S.Ct. 2584 (2015). Justice Moore then entered the following Order:

IT IS ORDERED AND DIRECTED THAT:

Until further decision by the Alabama Supreme Court, the existing orders of the Alabama Supreme Court that Alabama probate judges have a ministerial duty not to issue any marriage license contrary to the Alabama Sanctity of Marriage Amendment or the Alabama Marriage Protection Act remain in full force and effect.

Absent from the Order was any recognition of this Court's preliminary injunction (Doc. 123)[1] which remains in effect today (Order clarifying effect of preliminary injunction,

---

[1] The preliminary injunction was summarily affirmed by the Eleventh Circuit on October 20, 2015. *See* Doc. 168.

Doc. 145). A copy of the Administrative Order is attached.

In light of ongoing attempts by Chief Justice Moore to direct probate court judges to continue to adhere to Alabama law that this Court has declared unconstitutional,[2] Plaintiffs submit the Administrative Order as supplemental authority in support of the need for a permanent injunction and final judgment against all defendants. *See* Motion, Doc. 142.

---

[2]  The Chief Justice's actions are reminiscent of the Governor's actions interfering with the desegregation of Alabama's public schools which resulted in the addition of Governor Wallace as a defendant and the entry of an injunction against him preventing further interference with the federal desegregation orders. *See, e.g., Lee v. Macon County Board of Education*, 231 F.Supp. 743 (M.D. Ala. 1964).

Respectfully Submitted,

NATIONAL CENTER FOR LESBIAN RIGHTS

By: /s/ Shannon P. Minter

Shannon P. Minter*
Christopher F. Stoll*
National Center for Lesbian Rights
1100 H Street, NW, Suite 540
Washington, DC 20005
Tel: (202) 734-3545
Fax: (415) 392-8442
Email: sminter@nclrights.org
Email: cstoll@nclrights.org

Heather Fann
Boyd, Fernambucq, Dunn & Fann, P.C.
3500 Blue Lake Drive, Suite 220
Birmingham, AL 35243
Tel: (205) 930-9000
Fax: (205) 930-9010
Email: hfann@bfattorneys.net

Randall C. Marshall (MARSR3023)
ACLU Foundation of Alabama
P.O. Box 6179
Montgomery, AL 36106-0179
Tel: (334) 420-1741
Fax: (334) 269-5666
Email: rmarshall@aclualabama.org

David Dinielli**
Cal. Bar No. 177904
Scott D. McCoy*
N.Y. Bar No. 3970803
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104
Tel: (334) 956-8200
Email: david.dinielli@splcenter.org
Email: scott.mccoy@splcenter.org

Gregory M. Lipper *
D.C. Bar No. 494882
Americans United for Separation of Church and State
1901 L Street, NW, Suite 400
Washington, D.C. 20036
Tel: (202) 466-3234
Email: dietert@au.org

*Attorneys for Plaintiffs*

\* Appearing *pro hac vice*
\*\* Motion for admission *pro hac vice* forthcoming

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on January 7, 2016. I certify that service will be accomplished by the CM/ECF system to the following parties:

Luther Strange
*Attorney General*
Andrew L. Brasher
*Solicitor General*
James W. Davis
Laura Howell
*Assistant Attorneys General*
State of Alabama
Office of Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Tel: (334) 353-2609

Lee L. Hale (HAL026)
501 Church Street
Mobile, AL 36602
Phone: (251) 433-3671

J. Michael Druhan, Jr. (Druh2816)
Harry V. Satterwhite (Satth4909)
SATTERWHITE, DRUHAN, GAILLARD & TYLER, LLC
1325 Dauphin Street
Mobile, Alabama 36604
(251) 432-8120 (phone)
(251) 405-0147 (fax)
mike@satterwhitelaw.com
harry@satterwhitelaw.com

Mark S. Boardman (ASB-8572-B65M)
Clay R. Carr (ASB-5650-C42C)
Teresa B. Petelos (ASB-8716-L66T)
BOARDMAN, CARR, BENNETT, WATKINS, HILL & GAMBLE, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000

Attorneys for Defendant Don Davis and the Defendant Class

Kendrick E. Webb (WEB022)
Jamie Helen Kidd (HIL060)
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
(334) 262-1850 T
(334) 262-1772 F
kwebb@webbeley.com
jkidd@webbeley.com

John David Whetstone
17090 Lagoon Winds Drive
Gulf Shores, AL 36542
T (251) 500-1337
davidwhetstone1@yahoo.com

Attorneys for Defendant Tim Russell


/s/ Randall C. Marshall