IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 15-12508-CC

---

JAMES N. STRAWSER,
JOHN E. HUMPHREY,
ROBERT POVILAT,
ANNA LISA CARMICHAEL,
KRISTY SIMMONS, et al.,

                        Plaintiffs - Appellees,

versus

STATE OF ALABAMA, et al.,

                        Defendants,

TIM RUSSELL,
in his official capacity as Probate Judge
of Baldwin County, Alabama,

                        Defendant - Appellant.

---

No. 15-90014-C

---

TIM RUSSELL,
DON DAVIS,

                        Petitioners,

versus

JAMES N. STRAWSER,
JOHN E. HUMPHREY,
ROBERT POVILAT,
ANNA LISA CARMICHAEL,
KRISTY SIMMONS, *et al.*,

                        Respondents.

---------------------------
On Appeal from the United States District Court for the
Southern District of Alabama
---------------------------

BEFORE: TJOFLAT, HULL, and WILSON, Circuit Judges.

BY THE COURT:

Appellees' "Motion to Transfer Consideration of Attorneys' fees on Appeal to the District Court," filed in appeal No. 15-12508 and in case No. 15-90014, is GRANTED. *See* 11th Cir. R. 39-2(d).

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 15, 2016

Charles R. Diard Jr.
U.S. District Court
113 SAINT JOSEPH ST
STE 123
MOBILE, AL 36602

Appeal Number: 15-12508-CC & 15-90014 -C
Case Style: James Strawser, et al v. Tim Russell
District Court Docket No: 1:14-cv-00424-CG-C

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

MOT-2 Notice of Court Action