IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JAMES N. STRAWSER, et al.,** ) | |
| ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 14-0424-CG-C |
| ) | |
| **LUTHER STRANGE, in his official** ) | |
| **capacity as Attorney General for** ) | |
| **the State of Alabama, et al.,** ) | |
| ) | |
| ) | |
| **Defendants** | |

## FINAL JUDGMENT

In accordance with the Order entered this date granting Plaintiffs' motion for permanent injunction and final judgment, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT is entered in favor of the named Plaintiffs and Plaintiff Class members.

It is ORDERED and DECLARED that ALA. CONST. art. I, § 36.03 (2006) and ALA. CODE 1975 § 30-1-19 are unconstitutional because they violate the Due Process Clause and the Equal Protection Clause of the Fourteenth Amendment of the United States Constitution. Judge Don Davis, Judge Tim Russell and the members of the Defendant Class are hereby ENJOINED from enforcing the Alabama laws that prohibit or fail to recognize same-sex marriage. If the named Plaintiffs or any members of the Plaintiff Class take all steps that are required in the normal course of business as a prerequisite to issuing a marriage license to

opposite-sex couples, Judge Don Davis, Judge Tim Russell and the members of the Defendant Class may not deny them a license on the ground that they are same-sex couples or because it is prohibited by the Sanctity of Marriage Amendment and the Alabama Marriage Protection Act or by any other Alabama law or Order, including any injunction or mandate issued by the Alabama Supreme Court pertaining to same-sex marriage. This injunction binds all the officers, agents, servants and employees, and others in active concert or participation with Judge Don Davis, Judge Tim Russell or any of the members of the Defendant Class who would seek to enforce the marriage laws of Alabama that prohibit or fail to recognize same-sex marriage.

**DONE and ORDERED** this 7th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE